

JUN 2 9 2005

# FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Alfred Petelle a/k/a
Peter Petelle,
    Plaintiff

    v.                              Case No. 04-cv-72-SM

Officer Dennis McKay,
Bath Police Department, and
Town of Bath,
    Defendants

### ORDER

The plaintiff having failed to comply with the Court's Order dated June 6, 2005, the case is hereby dismissed without prejudice for lack of prosecution.

SO ORDERED.

June 29, 2005

                                                Steven J. McAuliffe
                                               Chief Judge

cc:    Alfred Petelle
        Donald Gardner, Esq.
        Jennifer Jones, Esq.